IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COCOON INNOVATIONS, LLC, ) | |
| ) | Case No. 18-cv-01875 |
| Plaintiff, ) | |
| ) | **Judge Matthew F. Kennelly** |
| v. ) | |
| ) | **Magistrate Judge Jeffrey T. Gilbert** |
| TYFAMILY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR ELECTRONIC
SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff Cocoon Innovations, LLC ("Cocoon") seeks this Court's authorization to effectuate service of process by e-mail and electronic publication in an action arising out of 15 U.S.C. § 1114; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq*. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 16th day of March 2018.   Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Mary F. Fetsco
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law
mfetsco@gbc.law

*Counsel for Plaintiff Cocoon Innovations, LLC*