IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COCOON INNOVATIONS, LLC, ) | |
| ) | Case No. 18-cv-01875 |
| Plaintiff, ) | |
| ) | **Judge Matthew F. Kennelly** |
| v. ) | |
| ) | **Magistrate Judge Jeffrey T. Gilbert** |
| TYFAMILY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S MOTION TO MODIFY FINAL
JUDGMENT ORDER AS TO DEFENDANT WHITELOTOUS**

Plaintiff Cocoon Innovations, LLC ("Plaintiff") by its counsel, moves this Honorable Court to modify the Final Judgment Order [43] under Fed. R. Civ. P. 60(b) as to Defendant whitelotous. In support of this Motion, Plaintiff submits the accompanying Memorandum.

Dated this 31st day of July 2018.   Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Mary F. Fetsco
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law
mfetsco@gbc.law

*Counsel for Plaintiff Cocoon Innovations, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July 2018, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to whitelotous@sohu.com that includes a link to said website.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Mary F. Fetsco
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law
mfetsco@gbc.law

*Counsel for Plaintiff Cocoon Innovations, LLC*